IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | | |
|---|---|---|
| CHS INC. d/b/a COMMONWEALTH LINEN SERVICES | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 7:19-cv-00788 |
| ABM HEALTHCARE SUPPORT SERVICES, INC. | ) ) ) ) | |
| Defendant. | ) ) | |
| ABM HEALTHCARE SUPPORT SERVICES, INC. | ) ) ) ) | |
| Third Party Plaintiff | ) ) | |
| v. | ) ) | |
| THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA | ) ) ) ) | |
| Third Party Defendant | ) | |

**THIRD PARTY DEFENDANT THE RECTOR AND VISITORS
OF THE UNIVERSITY OF VIRGINIA'S MOTION TO DISMISS**

COMES NOW, Third Party Defendant The Rector and Visitors of the University of Virginia ("UVA"), by counsel, and moves to dismiss the Third Party Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 14.  The reasons and authority for this Motion are set forth with particularity in the accompanying Memorandum in Support.

WHEREFORE, UVA respectfully requests that the Court grant its Motion, dismiss the Third Party Complaint with prejudice, and award UVA any such further relief the Court deems appropriate.

Respectfully submitted,

THE RECTOR AND VISITORS OF THE
UNIVERSITY OF VIRGINIA


By: /s/ *Harold E. Johnson*
      Of Counsel

Harold E. Johnson, Esquire (VSB No. 65591)
Meredith M. Haynes, Esquire (VSB No. 80163)
WILLIAMS MULLEN
Williams Mullen Center
200 South 10th Street (23219)
PO Box 1320
Richmond, VA  23218-1320
Email: hjohnson@williamsmullen.com
Email: mhaynes@williamsmullen.com
*Counsel for The Rector and Visitors of the University of Virginia*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of March, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John D. McGavin, Esquire (VSB No. 21794)
Bancroft, McGavin, Horvath & Judkins, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone: (703) 385-1000
Fax: (703) 385-1555
jmcgavin@bmhjlaw.com
*Counsel for Defendant/Third Party Plaintiff*

Elizabeth G. Perrow, Esq.
J. Benjamin Rottenborn, Esq.
Woods Rogers PLC
P.O. Box 14125
Roanoke, VA 24038-4125
eperrow@woodsrogers.com
brottenborn@woodsrogers.com
*Counsel for Plaintiff*


/s/ Harold E. Johnson
Harold E. Johnson, Esquire (VSB No. 65591)
Meredith M. Haynes, Esquire (VSB No. 80163)
WILLIAMS MULLEN
Williams Mullen Center
200 South 10th Street (23219)
PO Box 1320
Richmond, VA  23218-1320
Email: hjohnson@williamsmullen.com
Email: mhaynes@williamsmullen.com
*Counsel for The Rector and Visitors of the University of Virginia*