IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:19-cv-00788 |
| | ) | |
| ABM HEALTHCARE SUPPORT | ) | By: Elizabeth K. Dillon |
| SERVICES, INC., | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that defendant's motion for summary judgment (Dkt. No. 41) is DENIED and plaintiff's motion for summary judgment (Dkt. No. 43) is GRANTED as to the claim regarding specialty linens only and DENIED as to all other claims.  The amount of damages regarding specialty linens will be determined at a later time.

The clerk is directed to send copies of this order and the memorandum opinion to counsel of record.

Entered: April 27, 2021.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge